United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | M-21-0285 |
| BOBBY LUMPKIN ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner David Rodriguez's Motion for Leave to Proceed in forma pauperis. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 36 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 18th day of March, 2024, at McAllen, Texas.

_Ricardo H. Hinojosa_
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE